AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. Section 641 - Theft of Government Money or Property

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment fee, 1 year supervised release

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 20 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ RACHELLE DENISE FORTE

**DISTRICT COURT NUMBER**
CR03-40127 LB

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    MONICA OTHON

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed   Month/Day/Year

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   Attorney for Plaintiff
3



FILED
2003 JUN 20 PM 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR03-40127 |
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 641 – Theft of Government Money or Property (Class A Misdemeanor) |
| v. | ) | |
| RACHELLE DENISE FORTE, | ) | (Oakland Venue) |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about and between July 21, 2001, in the Northern District of California, the defendant

RACHELLE DENISE FORTE,

did embezzle, steal, purloin, and knowingly convert to her use, and, without authority, did sell, convey and dispose of a record, voucher, money and thing of value of the United States or of any

INFORMATION

department or agency thereof, in violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

DATED: 6/20/03

KEVIN V. RYAN
United States Attorney

LEWIS DAVIS
Assistant United States Attorney

(Approved as to form: _____ )
M. Othón
Law Clerk

INFORMATION                                                      -2-