

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

Ronald V. Dellums Federal Building
1301 Clay Street, Suite 340S
Oakland, California 94612-5217

(510) 637-3680

FAX:(510) 637-3724

June 24, 2003

*Recorded on WDB's cal.*

Ivy Garcia
Court Clerk for Judge Wayne D. Brazil
1301 Clay Street, Third Floor, Courtroom 4
Oakland, California 94612-5217

**FILED**
JUN 2 4 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:   United States v. Rachelle Denise Forte, CR03-40127 WDB
      Initial appearance request for July 16, 2003

Dear Ms. Garcia:

The United States Attorney's Office respectfully requests that the above-referenced matter be scheduled for an initial appearance before the Honorable Wayne D. Brazil on July 16, 2003 at 10:00 am.

Very Truly Yours,

KEVIN V. RYAN
United States Attorney

Monica Othón
Law Clerk

Enclosures

Document No.
District Court
Criminal Case Processing