PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6959
     Fax: (415) 436-7027
     kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 4:03-CR-40127-EXE-1** |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| Rachelle Denise Forte, | |
| Defendant. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Rachelle Denise Forte.


DATED:  May 15, 2025                   Respectfully submitted,

                                         PATRICK D. ROBBINS
                                         Acting United States Attorney


                                           /s/
                                         ALEXIS JAMES
                                         Chief, Oakland Branch

1    Leave is granted to the government to dismiss the Information against Federal Rule of Criminal

2    Procedure 48(a).

3

4

5    Date: _____

6                                                    _____
                                                     HON. KANDIS A. WESTMORE
                                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28