```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America
```

**FILED**

May 16 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 03-cr-40127-MAG-1 [KAW] |
|---|---|
| Plaintiff, | ) **NOTICE OF DISMISSAL AND ORDER** |
| v. | ) |
| Rachelle Denise Forte, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Rachelle Denise Forte.

DATED: May 15, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/
ALEXIS JAMES
Chief, Oakland Branch

1 | Leave is granted to the government to dismiss the Information against Federal Rule of Criminal
2 | Procedure 48(a).

Date: May 16, 2025

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge